| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Guy Edward Mitchell** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8096** <br> EIN   **52–2243838** |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed for chapter   **7   9/19/17** |
| Case number:   **17–66304–lrc** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).   Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Guy Edward Mitchell | |
| **2. All other names used in the last 8 years** | dba GMG | |
| **3. Address** | 4307 Perimeter Lofts Circle <br> Atlanta, GA 30346 | |
| **4. Debtor's attorney** <br> Name and address | Pro Se | |
| **5. Bankruptcy trustee** <br> Name and address | Janet G. Watts <br> P. O. Box 430 <br> Jonesboro, GA 30237 | Contact phone (770) 461–1320 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office** | M. Regina Thomas<br>Clerk of Court | Office Hours: 8:00 a.m. – 4:00 p.m. |
|---|---|---|---|
|   | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |
| 7. | **Meeting of creditors** | **October 23, 2017 at 01:00 PM** | Location: |
|   | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | **Third Floor – Room 365, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
|   | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 12/22/17 |
|   | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
|   | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                              Case No. 17-66304-lrc
Guy Edward Mitchell                                                 Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 113E-9          User: wilsonr              Page 1 of 2          Date Rcvd: Sep 21, 2017
                              Form ID: 309a              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db            +Guy Edward Mitchell,    4307 Perimeter Lofts Circle,   Atlanta, GA 30346-1729
21008919      +ADT SECURITY,    1 TOWN CENTER RD,   BOCA RATON FL 33486-1039
21008923       CHEX SYSTEMS INC,    SUITE 100,    7805 HODSON RD,   SAINT PAUL MN 55125
21008924      +CITIBANK/BEST BUY,    P O BOX 6500,    SIOUX FALLS SD 57117-6500
21008931      +MATHIS BROTHERS FURNITURE,    3434 W. RENO AVE,   OKLAHOMA CITY OK 73107-6196
21008936      +SYNCHRONY BANK/AMAZON,    P O BOX 105972,   ATLANTA GA 30348-5972
21008937      +SYNCHRONY BANK/CARE CREDIT,    P O BOX 105972,   ATLANTA GA 30348-5972
21008938      +SYNCHRONY BANK/DISCOUNT TIRE,    P O BOX 105972,   ATLANTA GA 30348-5972
21008939      +SYNCHRONY BANK/ROOMS TO GO,    P O BOX 105972,   ATLANTA GA 30348-5972
21008940      +SYNCHRONY BANK/WALMART,    P O BOX 105972,   ATLANTA GA 30348-5972
21008941      +THE LOFTS PERIMETER CENTER,    100 PERIMETER LOFTS CIR,    ATLANTA GA 30346-1755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: FJGWATTS.COM Sep 21 2017 20:28:00     Janet G. Watts,   P. O. Box 430,
                Jonesboro, GA 30237-0430
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Sep 21 2017 21:21:12
                Office of the United States Trustee,    362 Richard Russell Building,   75 Ted Turner Drive, SW,
                Atlanta, GA 30303-3315
cr            +EDI: RMSC.COM Sep 21 2017 20:28:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
21008920      +EDI: TSYS2.COM Sep 21 2017 20:28:00     BARCLAY BANK,   125 S WEST ST,
                WILMINGTON DE 19801-5014
21008921      +EDI: CAPITALONE.COM Sep 21 2017 20:28:00     CAPITAL ONE,   P O BOX 30285,
                SALT LAKE CITY UT 84130-0285
21008922      +E-mail/Text: 249bankruptcy@gmail.com Sep 21 2017 21:22:16     CHARLES M LANGEVIN JR,
                5060 MEMORIAL DRIVE,    STONE MOUNTAIN GA 30083-3109
21008925      +EDI: RCSFNBMARIN.COM Sep 21 2017 20:28:00     CREDIT ONE,   P O BOX 60500,
                CITY OF INDUSTRY CA 91716-0500
21008926      +E-mail/Text: bankruptcy@firstelectronicbankusa.com Sep 21 2017 21:23:22
                FIRST ELECTRONIC BANK,    P O BOX 521271,   SALT LAKE CITY UT 84152-1271
21008927      +EDI: AMINFOFP.COM Sep 21 2017 20:28:00     FIRST PREMIER BANK,   601 SOUTH MINNESOTA AVENUE,
                SIOUX FALLS SD 57104-4868
21008928       EDI: GADEPTOFREV.COM Sep 21 2017 20:28:00     GEORGIA DEPARTMENT OF REVENUE,
                1800 CENTURY BLVD NE SUITE 9100,    ATLANTA GA 30345
21008929      +EDI: IRS.COM Sep 21 2017 20:28:00     INTERNAL REVENUE SERVICE,   P O BOX 7346,
                PHILADELPHIA PA 19101-7346
21008930      +EDI: TSYS2.COM Sep 21 2017 20:28:00     MACY'S,   P O BOX 8218,   MASON OH 45040-8218
21008932      +EDI: MERRICKBANK.COM Sep 21 2017 20:28:00     MERRICK BANK,   P O BOX 9201,
                OLD BETHPAGE NY 11804-9001
21008933      +EDI: NFCU.COM Sep 21 2017 20:28:00     NAVY FEDERAL CREDIT UNION,    P O BOX 3000,
                MERRIFIELD VA 22119-3000
21008934      +E-mail/Text: bnc@nordstrom.com Sep 21 2017 21:19:56     NORDSTROM,   P O BOX 13589,
                SCOTTSDALE AZ 85267-3589
21008555      +EDI: PRA.COM Sep 21 2017 20:28:00     PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
21008935       EDI: NEXTEL.COM Sep 21 2017 20:28:00     SPRINT,   P O BOX 4191,   CAROL STREAM IL 60197
21008942      +E-mail/Text: pauline.burt@timepaymentcorp.com Sep 21 2017 21:21:46     TIME PAYMENT CORP,
                SUITE 200,    1600 DISTRICT AVE,   BURLINGTON MA 01803-5233
21008897      +E-mail/Text: usagan.bk@usdoj.gov Sep 21 2017 21:21:12     U. S. Attorney,
                600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,   Atlanta GA 30303-3315
21008943      +EDI: USAA.COM Sep 21 2017 20:28:00     USAA,   9800 CREDERICKSBURG ROAD,
                SAN ANTONIO TX 78288-0002
21008944      +EDI: WFFC.COM Sep 21 2017 20:28:00     WELLS FARGO/DILLARDS,    420 MONTGOMERY STREET,
                SAN FRANCISCO CA 94104-1298
21008945      +E-mail/Text: bankruptcy@xfcu.org Sep 21 2017 21:19:43     XCEED FINANCIAL CREDIT UNION,
                888 NORTH NAST ST,    EL SEGUNDO CA 90245-2879
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
petprep*      +Charles M. Langevin, Jr.,    5060 Memorial Drive,   Stone Mountain, GA 30083-3109
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113E-9                  User: wilsonr                Page 2 of 2                  Date Rcvd: Sep 21, 2017
                                      Form ID: 309a                Total Noticed: 33
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Janet G. Watts    janet3870@att.net,   jgw@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                       TOTAL: 2
```